UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL NO. 07-41-WOB

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

STANLEY M. BROWN                                            DEFENDANT

## REPORT AND RECOMMENDATION

On September 30, 2010 this matter came on for an evidentiary hearing on petition of the United States Probation Office that the defendant, STANLEY M. BROWN, show cause why his supervised release should not be revoked. The defendant was present in Court and represented by Dean Pisacano and the United States was present through Assistant United States Attorney Tony Bracke. The proceedings were recorded by official court reporter Joan Averdick and conducted pursuant to 18 U.S.C. § 3401(I). Oral argument was presented by counsel and the defendant admitted to Violation #3 and the United States moved to withdraw Violation #1 and #2.

After pleading guilty to Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1349, Brown was sentenced on January 23, 2008 to twenty-seven months imprisonment to be followed by five years of supervised release. Brown was also ordered to pay a $100.00 special assessment and $1,748.92 in restitution. His term of supervised release began on September 25, 2009 and he now stands charged with the following violations:

**VIOLATION #1:** A) THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF BEING ARRESTED OR QUESTIONED BY LAW ENFORCEMENT.

1

> **B) THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME.**

On August 7, 2010 the defendant was arrested by Cincinnati, Ohio Police Department and charged with Driving Under FRA Suspended License and Improper Turn Signal. The case was assigned to the Hamilton County Municipal Court, under case number 10/TRD/41133 and his next court date is September 29, 2010, and the matter is set for a bench trial. As of the writing of this report, he has failed to report this contact as required to the probation office.

> **VIOLATION #2:** **A) THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF BEING ARRESTED OR QUESTIONED BY LAW ENFORCEMENT.**
>
> **B) THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL OFFENSE**.

On July 28, 2010 a criminal complaint was filed asserting that on June 18, 2010 Brown attempted to pass a check at Key Bank in Cincinnati, Ohio drawn from the Key Bank account of Reta Thomas. The check was made payable to the defendant in the amount of $152.00. A thumb print and identification were obtained from Brown. On August 23, 2010 defendant was indicted in Hamilton County, Ohio charged with receiving stolen property and forgery, both being F-5 level offenses. On September 13, 2010 Brown pled guilty to count two of the indictment, count one was dismissed and a sentencing has been set for October 5, 2010. Defendant failed to report the charges/conviction to his probation officer as required.

> **VIOLATION #3:** **A) THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF BEING ARRESTED OR QUESTIONED BY LAW ENFORCEMENT**;

**B) THE DEFENDANT SHALL NOT ASSOCIATE WITH ANY PERSONS ENGAGED IN CRIMINAL ACTIVITY OR PERSONS WHO HAVE BEEN CONVICTED OF A FELONY UNLESS GRANTED PERMISSION BY THE PROBATION OFFICER.**

On September 3, 2010 the defendant had contact with the Elsmere, Kentucky Police Department (EPD) and Bureau of Immigration and Customs Enforcement (ICE) agents during an alleged drug trafficking investigation. During the investigation, the defendant was in the front passenger seat of a vehicle that was stopped by the police. In the rear passenger seat was Rashard Ross. Mr. Ross has been convicted on at least one occasion of a felony offense. The defendant did not have prior approval to associate with Mr. Ross. Mr. Ross was identified via his driver's license and video recording by the EPD. The defendant failed to report this contact to the probation office.

The parties have reached an agreed sentencing disposition in this matter, and the Court being satisfied from dialogue with the defendant that he understands the nature of the charges pending against him, has had ample opportunity to consult with counsel, and enters this agreement knowingly and voluntarily, accordingly;

**IT IS RECOMMENDED:**

1. That the defendant be found to have committed Violation #3 as set out above, and that Violations #1, and #2 be DISMISSED;

2. That the defendant, STANLEY M. BROWN, be sentenced to the custody of the Attorney General for a period of **ELEVEN (11) MONTHS** with no supervised release to follow.

Particularized objections to this Report and Recommendation must be filed within fourteen (14) days of the date of service of the same or further appeal is waived. Thomas v. Arn, 728 F.2d

813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Wright v. Holbrook, 794 F.2d 1152, 1154-55) (6th Cir. 1986). **If the defendant wishes to address the District Court prior to sentencing, the defendant must so notify the Court in writing within fourteen (14) days.** A party may file a response to another party's objections within fourteen (14) days after being served with a copy thereof. Rule 72(b), Fed.R.Civ.P.

This 30th day of September, 2010.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge