UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
FILED
NOV - 1 2010
AT COVINGTON
LESLIE G. WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 07-41 (WOB)

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                              ORDER

STANLEY M. BROWN                                            DEFENDANT

This matter is before the court on the Report and Recommendation of the Magistrate Judge (Doc. #112) and there being no objections filed thereto, the court being advised,

**IT IS ORDERED** that the Report and Recommendation be, and it is, hereby **adopted** as the findings of fact and conclusions of law of this court; that defendant is found to have committed Violation #3 as stated in the Report and Recommendation; that Violations #1 and #2 of the Report and Recommendation be, and they hereby are, dismissed; that defendant, Stanley M. Brown, is sentenced to the custody of the Attorney General for a period of eleven (11) months, with no supervised release to follow; and that an Amended Judgment shall enter concurrently herewith.

This 1st day of November, 2010.

_William O. Bertelsman_
WILLIAM O. BERTELSMAN, JUDGE